UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **CHRISTOPHER FEW, CATHERINE MARDIS AND CANDANCE FEW** | **CASE NO. :   1:16-CV-01513** |
| *Plaintiffs* | **CHIEF JUDGE DRELL** |
| Vs. | |
| **DERRICK STAFFORD, NORRIS GREENHOUSE, JR., FLOYD VOINCHE, CITY COURT OF THE TOWN OF MARKSVILLE, TOWN OF MARKSVILLE, PARISH OF AVOYELLES, PROGRESSIVE PALOVERDE INSURANCE COMPANY, JASON BROUILLETTE, AND KENNETH PARNELL, III** | **MAG. JUDGE PEREZ-MONTES** |
| *Defendants* | |

## UNOPPOSED EX PARTE MOTION FOR ADDITIONAL TIME TO PLEAD

Derrick Stafford moves, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 7.4.1 and 7.9, for an additional 30 days to file responsive pleadings to the Complaint filed by complaintants, Christopher Few, et al, and further represents as follows:

1.

A motion for extension of time for the performance of an act, if the motion is filed before the expiration of the period originally prescribed, may be submitted without notice.

2.

On October 27, 2016, Complaintants filed their Complaint against Derrick Stafford.

Service was made on Mr. Stafford's insurer, Progressive Paloverde Insurance Company, who is providing a defense to Mr. Stafford in this matter, on November 1, 2016. The undersigned did not receive the notice of their participation in this matter until January 5, 2017. Defendant will need an additional thirty days from the deadline to respond to the Complaint.

3.

Undersigned counsel certifies that he has contacted Mr. Steven Lemoine, counsel for complaintants, who stated that he has no objection or opposition to the request for additional time to file responsive pleadings on behalf of Derrick Stafford in this matter.

4.

No pretrial or scheduling conference has been set, so this extension will not affect the course of these proceedings.

5.

Pursuant to Local Rule 7.4.1, no memorandum in support is required for this motion.

6.

Therefore, for the reasons set forth in this motion, Derrick Stafford respectfully requests an extension until February 22, 2017, within which to file an answer or other responsive pleadings to the Complaint.

Respectfully submitted,

**NELSON, ZENTNER, SARTOR & SNELLINGS**
1507 Royal Avenue
Post Office Box 14420
Monroe, Louisiana   71201-4420
(318) 388-4454-phone
(318) 388-4447-fax

By:/s/ *Thomas G. Zentner,Jr.*

**Thomas G. Zentner, Jr.**
Bar Roll No. 01663
tzentner@nzsslaw.com
Attorneys for Derrick Stafford

## **CERTIFICATE**

I do hereby certify that a copy of the above and foregoing has this day been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Monroe, Louisiana, this 11 day of January, 2017.

/s/Thomas G. Zentner, Jr.
OF COUNSEL