**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **CHRISTOPHER FEW, CATHERINE MARDIS AND CANDACE FEW** | **CASE NO: 1:16-cv-01513** |
| **VERSUS** | **CHIEF JUDGE DRELL** |
| **DERRICK STAFFORD, NORRIS GREENHOUSE, JR., FLOYD VOINCHE, CITY COURT OF THE TOWN OF MARKSVILLE, TOWN OF MARKSVILLE, PARISH OF AVOYELLES, PROGRESSIVE PALOVERDE INSURANCE COMPANY, JASON BROUILLETTE, AND KENNETH PARNELL, III** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## PROGRESSIVE'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

NOW COMES, through undersigned counsel, Defendant, Progressive Paloverde Insurance Company, who in response to the allegations set forth in Plaintiffs' Complaint, asserts the following answers and defenses:

### FIRST DEFENSE

The Complaint fails to state a claim against Progressive upon which relief can be granted.

### SECOND DEFENSE

The claims stated in the Complaint are based on a contract of insurance between the parties.  Progressive avers that the Progressive policy at issue (number 02376808-2), being a written contract, is the best evidence of the terms, conditions, exclusions, and limitations contained therein, all of which are pled as if copied herein in their entirety.

**THIRD DEFENSE**

There is no coverage under the Progressive policy for the claims asserted by Plaintiffs.

**FOURTH DEFENSE**

There is no coverage for Plaintiffs' claims because the incident giving rise to Plaintiffs' damages does not arise out of the ownership, maintenance or use of an insured auto, as required under the policy.

Under PART I – LIABILITY TO OTHERS, the policy provides as follows:

Subject to the Limits of Liability, if you pay the premium for the liability coverage for the insured auto involved, we will pay damages, other than punitive or exemplary damages, for **bodily injury, property damage**, and **covered pollution cost or expense**, for which an **insured** becomes legally responsible for because of an **accident** <u>arising out of the ownership, maintenance or use of that</u> **<u>insured auto</u>**. (emphasis underlined; bold in original)

**FIFTH DEFENSE**

The policy does not cover damages which are considered "expected or intended." As provided in the exclusions to liability:

**EXCLUSIONS - PLEASE READ THE FOLLOWING EXCLUSIONS CAREFULLY. IF AN EXCLUSION APPLIES, COVERAGE FOR AN ACCIDENT OR LOSS WILL NOT BE AFFORDED UNDER THIS PART I - LIABILITY TO OTHERS.**

Coverage under this Part I, including **our** duty to defend, does not apply to:

1.      **Expected or Intended Injury**
**Bodily injury** or **property damage** either expected by or caused intentionally by or at the direction of any **insured**.

**SIXTH DEFENSE**

If it is determined that Ward 2 Ward Marshall committed application misrepresentation, the Progressive policy at issue may be voided, at the point of inception.

**SEVENTH DEFENSE**

If it is determined that Ward 2 Ward Marshall committed or commits misrepresentation in connection with a claim, the Progressive policy at issue may be voided, at the point of inception.

## **EIGHTH DEFENSE**

Progressive notes the following language of the Louisiana Amendatory Endorsement of the policy:

D.      Subpart 11 – Fraud or Misrepresentation is deleted and replaced by the following:

This policy shall be void as to **you**  and any other **insured**, if **you** or any other **insured** has intentionally concealed or misrepresented any material fact or circumstance, made false statements, or committed fraud relating to this policy with the intent to deceive, when applying for coverage.  If **you** or any other **insured** has intentionally concealed or misrepresented any material fact or circumstance, made false statements, or committed fraud relating to this policy with the intent to deceive with regard to a claim, **we** may deny coverage for that claim.

However, if **we** certify this policy as proof of financial responsibility, nothing in this provision shall affect coverage under Part I – Liability To Others up to the minimum liability limits required by the Louisiana Motor Vehicle Safety Responsibility law for an **accident** that occurs before **we** notify the named insured that the policy is void.  If **we** void this policy, **you** must reimburse **us** if **we** make a payment.

## **NINTH DEFENSE**

Progressive notes the "Policy Changes" section under the General Provisions and particularly to the following language:

The premium for this policy is based on information **we** have received from **you** or other sources. **You** agree to cooperate with **us** in determining if this information is correct and complete, and **you** will notify **us** if it changes during the policy period. If this information is incorrect, incomplete, or changes during the policy period, **you** agree that **we** may adjust **your** premium during the policy period, or take other appropriate action.

Changes that may result in a premium adjustment include, but are not limited to, changes in:

a. the number, type, or use classification of **insured autos**;
b. operators using **insured autos**, their ages, driving histories, or marital status;
c. the place of principal garaging of any **insured auto**;
d. coverage, deductibles, or limits of liability; or
e. rating territory or discount eligibility.

If **you** ask **us** to delete a vehicle from this policy, no coverage will apply to that vehicle as of the date and time **you** ask **us** to delete it.

Nothing contained in this section will limit **our** right to void this policy for fraud, misrepresentation or concealment of any material fact by **you**, or anyone acting on **your** behalf.

## **TENTH DEFENSE**

To the extent the evidence shows that Plaintiffs' damages result from a failure to mitigate their losses, such damages are not recoverable.

## **ELEVENTH DEFENSE**

To the extent the evidence shows that Plaintiffs are comparatively at fault for their damages, any recovery must be reduced.

**AND NOW**, in answer to the specific allegations of Plaintiffs' Complaint, Progressive asserts and avers as follows:

### **1.**

Progressive denies Paragraph 1 as written and based upon a lack of sufficient information to justify a belief therein.

### **2.**

Progressive denies Paragraph 2 as written and based upon a lack of sufficient information to justify a belief therein.

### **3.**

Paragraph 3 does not require an answer from Progressive. Out of an abundance of

caution, however, Progressive denies that Plaintiffs are entitled to the requested relief set forth in Paragraph 3.

**4.**

Progressive admits this Court has subject matter jurisdiction over this matter.

**5.**

Progressive admits venue is proper.

**6.**

Progressive admits this Court has supplemental jurisdiction over Plaintiffs' Louisiana State Law claims.

**7.**

Progressive denies the allegations of Paragraph 7 regarding residence and domicile based upon a lack of sufficient information to justify a belief therein.

**8.**

Progressive denies the allegations of Paragraph 8 regarding residence and domicile based upon a lack of sufficient information to justify a belief therein.

**9.**

Progressive denies the allegations of Paragraph 9 regarding residence and domicile based upon a lack of sufficient information to justify a belief therein.

**10.**

Progressive denies the allegations of Paragraph 10 regarding residence and domicile based upon a lack of sufficient information to justify a belief therein.

**11.**

Progressive denies the allegations of Paragraph 11 regarding residence and domicile

based upon a lack of sufficient information to justify a belief therein.

**12.**

Progressive denies the allegations of Paragraph 12 regarding residence and domicile and position of Voinche based upon a lack of sufficient information to justify a belief therein.

**13.**

Progressive denies Paragraph 13 based upon a lack of sufficient information to justify a belief therein.

**14.**

Progressive denies Paragraph 14 based upon a lack of sufficient information to justify a belief therein.

**15.**

Progressive denies Paragraph 15 based upon a lack of sufficient information to justify a belief therein.

**16.**

Progressive admits the allegations of Paragraph 16.

**17.**

Progressive denies the allegations of Paragraph 17 regarding residence and domicile based upon a lack of sufficient information to justify a belief therein.

**18.**

Progressive denies the allegations of Paragraph 18 regarding residence and domicile based upon a lack of sufficient information to justify a belief therein.

**19.**

Paragraph 19 requires no response.

**20.**

Paragraph 20 requires no response.

**21.**

Progressive denies Paragraph 21 as written.

**22.**

Progressive denies Paragraph 22 based upon a lack of sufficient information to justify a belief therein.

**23.**

Progressive denies Paragraph 23 based upon a lack of sufficient information to justify a belief therein.

**24.**

Progressive denies Paragraph 24 based upon a lack of sufficient information to justify a belief therein.

**25.**

Progressive denies Paragraph 25 based upon a lack of sufficient information to justify a belief therein.

**26.**

Progressive denies Paragraph 26 based upon a lack of sufficient information to justify a belief therein.

**27.**

Progressive denies Paragraph 27 based upon a lack of sufficient information to justify a belief therein.

**28.**

Progressive denies Paragraph 28 based upon a lack of sufficient information to justify a belief therein.

**29.**

Progressive denies Paragraph 29 based upon a lack of sufficient information to justify a belief therein.

**30.**

Progressive denies Paragraph 30 based upon a lack of sufficient information to justify a belief therein.

**31.**

Progressive denies Paragraph 31 based upon a lack of sufficient information to justify a belief therein.

**32.**

Progressive denies Paragraph 32 based upon a lack of sufficient information to justify a belief therein.

**33.**

Progressive denies Paragraph 33 based upon a lack of sufficient information to justify a belief therein.

**34.**

Progressive denies Paragraph 34 based upon a lack of sufficient information to justify a belief therein.

**35.**

Progressive denies Paragraph 35 based upon a lack of sufficient information to justify a belief therein.

**36.**

Progressive denies Paragraph 36 based upon a lack of sufficient information to justify a belief therein.

**37.**

Progressive denies Paragraph 37 based upon a lack of sufficient information to justify a belief therein and denies it as written.

**38.**

Progressive denies Paragraph 38 based upon a lack of sufficient information to justify a belief therein.

**39.**

Progressive denies Paragraph 39 based upon a lack of sufficient information to justify a belief therein.

**40.**

Progressive denies Paragraph 40 based upon a lack of sufficient information to justify a belief therein.

**41.**

Progressive denies Paragraph 41 based upon a lack of sufficient information to justify a belief therein.

**42.**

Progressive denies Paragraph 42 based upon a lack of sufficient information to justify a belief therein.

**43.**

Progressive denies Paragraph 43 based upon a lack of sufficient information to justify a belief therein.

**44.**

Progressive denies Paragraph 44 based upon a lack of sufficient information to justify a belief therein.

**45.**

Progressive denies Paragraph 45 based upon a lack of sufficient information to justify a belief therein.

**46.**

Progressive denies Paragraph 46 based upon a lack of sufficient information to justify a belief therein.

**47.**

Progressive denies Paragraph 47 based upon a lack of sufficient information to justify a belief therein.

**48.**

Progressive denies Paragraph 48 based upon a lack of sufficient information to justify a belief therein.

**49.**

Progressive denies Paragraph 49 based upon a lack of sufficient information to justify a belief therein.

**50.**

Progressive denies Paragraph 50 based upon a lack of sufficient information to justify a belief therein.

**51.**

Progressive denies Paragraph 51 based upon a lack of sufficient information to justify a belief therein.

**52.**

Progressive denies Paragraph 52 based upon a lack of sufficient information to justify a belief therein.

**53.**

Progressive denies Paragraph 53 based upon a lack of sufficient information to justify a belief therein.

**54.**

Progressive denies Paragraph 54 based upon a lack of sufficient information to justify a belief therein.

**55.**

Progressive denies Paragraph 55 based upon a lack of sufficient information to justify a belief therein.

**56.**

Progressive denies Paragraph 56 based upon a lack of sufficient information to justify a belief therein.

**57.**

Progressive denies Paragraph 57 based upon a lack of sufficient information to justify a belief therein.

**58.**

Progressive denies Paragraph 58 based upon a lack of sufficient information to justify a belief therein.

**59.**

Progressive denies Paragraph 59 based upon a lack of sufficient information to justify a belief therein.

**60.**

Progressive denies Paragraph 60 based upon a lack of sufficient information to justify a belief therein.

**61.**

Progressive denies Paragraph 61 based upon a lack of sufficient information to justify a belief therein.

**62.**

Progressive denies Paragraph 62 based upon a lack of sufficient information to justify a belief therein.

**63.**

Progressive denies Paragraph 63 based upon a lack of sufficient information to justify a belief therein.

**64.**

Progressive denies Paragraph 64 based upon a lack of sufficient information to justify a belief therein.

**65.**

Progressive denies Paragraph 65 based upon a lack of sufficient information to justify a belief therein.

**66.**

Progressive denies Paragraph 66 based upon a lack of sufficient information to justify a belief therein.

**67.**

Progressive denies Paragraph 67 based upon a lack of sufficient information to justify a belief therein.

**68.**

Progressive denies Paragraph 68 based upon a lack of sufficient information to justify a belief therein.

**69.**

Progressive denies Paragraph 69 based upon a lack of sufficient information to justify a belief therein.

**70.**

Progressive denies Paragraph 70 based upon a lack of sufficient information to justify a belief therein.

**71.**

Progressive denies Paragraph 71 based upon a lack of sufficient information to justify a belief therein.

**72.**

Progressive denies Paragraph 72 based upon a lack of sufficient information to justify a belief therein.

**73.**

Progressive denies Paragraph 73 based upon a lack of sufficient information to justify a belief therein.

**74.**

Progressive denies Paragraph 74 based upon a lack of sufficient information to justify a belief therein.

**75.**

Progressive denies Paragraph 75 based upon a lack of sufficient information to justify a belief therein.

**76.**

Progressive admits Stafford, Greenhouse, Jr., Brouillette, Parnell, Jr., and Voinche are natural persons but denies the remaining allegations of Paragraph 76 based upon a lack of sufficient information to justify a belief therein.

**77.**

Progressive denies Paragraph 77 based upon a lack of sufficient information to justify a belief therein.

**78.**

Progressive denies Paragraph 78 based upon a lack of sufficient information to justify a belief therein.

**79.**

Progressive denies Paragraph 79 based upon a lack of sufficient information to justify a belief therein.

**80.**

Progressive denies Paragraph 80 based upon a lack of sufficient information to justify a belief therein.

**81.**

Progressive denies Paragraph 81 based upon a lack of sufficient information to justify a belief therein.

**82.**

Progressive denies Paragraph 82 based upon a lack of sufficient information to justify a belief therein.

**83.**

Progressive denies Paragraph 83 based upon a lack of sufficient information to justify a belief therein.

**84.**

Progressive denies Paragraph 84 based upon a lack of sufficient information to justify a belief therein.

**85.**

Progressive denies Paragraph 85 based upon a lack of sufficient information to justify a belief therein.

**86.**

Progressive denies Paragraph 86 based upon a lack of sufficient information to justify a belief therein.

**87.**

Progressive denies Paragraph 87 based upon a lack of sufficient information to justify a belief therein.

**88.**

Progressive denies Paragraph 88 based upon a lack of sufficient information to justify a belief therein.

**89.**

Progressive denies Paragraph 89 based upon a lack of sufficient information to justify a belief therein.

**90.**

Progressive denies Paragraph 90 based upon a lack of sufficient information to justify a belief therein.

**91.**

Progressive denies Paragraph 91 based upon a lack of sufficient information to justify a belief therein.

**92.**

Progressive denies Paragraph 92 based upon a lack of sufficient information to justify a belief therein.

**93.**

Progressive denies Paragraph 93 based upon a lack of sufficient information to justify a belief therein.

**94.**

Progressive denies Paragraph 94 based upon a lack of sufficient information to justify a belief therein.

**95.**

Progressive denies Paragraph 95 based upon a lack of sufficient information to justify a belief therein.

## 96.

Progressive denies Paragraph 96 based upon a lack of sufficient information to justify a belief therein.

## 97.

Progressive denies Paragraph 97 based upon a lack of sufficient information to justify a belief therein.

## 98.

Progressive denies Paragraph 98 based upon a lack of sufficient information to justify a belief therein.

## 99.

Progressive denies Paragraph 99 based upon a lack of sufficient information to justify a belief therein.

## 100.

Progressive denies Paragraph 100 based upon a lack of sufficient information to justify a belief therein.

## 101.

Progressive denies Paragraph 101 based upon a lack of sufficient information to justify a belief therein.

## 102.

Progressive denies Paragraph 102 based upon a lack of sufficient information to justify a belief therein.

**103.**

Progressive denies Paragraph 103 based upon a lack of sufficient information to justify a belief therein.

**104.**

Progressive denies Paragraph 104 based upon a lack of sufficient information to justify a belief therein.

**105.**

Progressive denies Paragraph 105 based upon a lack of sufficient information to justify a belief therein.

**106.**

Progressive denies Paragraph 106 based upon a lack of sufficient information to justify a belief therein.

**107.**

Progressive denies Paragraph 107 based upon a lack of sufficient information to justify a belief therein.

**108.**

Progressive denies Paragraph 108 based upon a lack of sufficient information to justify a belief therein.

**109.**

Progressive denies Paragraph 109 based upon a lack of sufficient information to justify a belief therein.

**110.**

Progressive denies Paragraph 110 based upon a lack of sufficient information to justify a belief therein.

**111.**

Progressive denies Paragraph 111 based upon a lack of sufficient information to justify a belief therein.

**112.**

Progressive denies Paragraph 112 based upon a lack of sufficient information to justify a belief therein.

**113.**

Progressive denies Paragraph 113 based upon a lack of sufficient information to justify a belief therein.

**114.**

Progressive denies Paragraph 114 based upon a lack of sufficient information to justify a belief therein.

**115.**

Progressive denies Paragraph 115 based upon a lack of sufficient information to justify a belief therein.

**116.**

Progressive denies Paragraph 116 based upon a lack of sufficient information to justify a belief therein.

**117.**

Progressive denies Paragraph 117 based upon a lack of sufficient information to justify a belief therein.

**118.**

Progressive denies Paragraph 118 based upon a lack of sufficient information to justify a belief therein.

**119.**

Progressive denies Paragraph 119 based upon a lack of sufficient information to justify a belief therein.

**120.**

Progressive denies Paragraph 120 based upon a lack of sufficient information to justify a belief therein.

**121.**

Progressive denies Paragraph 121 based upon a lack of sufficient information to justify a belief therein.

**122.**

Progressive denies Paragraph 122 based upon a lack of sufficient information to justify a belief therein.

**123.**

Progressive denies Paragraph 123 based upon a lack of sufficient information to justify a belief therein.

**124.**

Progressive denies Paragraph 124 based upon a lack of sufficient information to justify a belief therein.

**125.**

Progressive denies Paragraph 125 based upon a lack of sufficient information to justify a belief therein.

**126.**

Progressive denies Paragraph 126 based upon a lack of sufficient information to justify a belief therein.

**127.**

Progressive denies Paragraph 127 based upon a lack of sufficient information to justify a belief therein.

**128.**

Progressive denies Paragraph 128 based upon a lack of sufficient information to justify a belief therein.

**129.**

Progressive denies Paragraph 129 based upon a lack of sufficient information to justify a belief therein.

**130.**

Progressive denies Paragraph 130 based upon a lack of sufficient information to justify a belief therein.

**131.**

Progressive denies Paragraph 131 based upon a lack of sufficient information to justify a belief therein.

**132.**

Paragraph 132 is an incomplete allegation and requires no response. To the extent a response is required, Progressive denies Paragraph 132 based upon a lack of sufficient information to justify a belief therein.

**133.**

Progressive denies Paragraph 133 based upon a lack of sufficient information to justify a belief therein.

**134.**

Progressive denies Paragraph 134 based upon a lack of sufficient information to justify a belief therein.

**135.**

Progressive denies Paragraph 135 based upon a lack of sufficient information to justify a belief therein.

**136.**

Progressive denies Paragraph 136 based upon a lack of sufficient information to justify a belief therein.

**137.**

Progressive denies Paragraph 137 based upon a lack of sufficient information to justify a belief therein.

**138.**

Progressive denies Paragraph 138 based upon a lack of sufficient information to justify a belief therein.

**139.**

Progressive denies Paragraph 139 based upon a lack of sufficient information to justify a belief therein.

**140.**

Progressive denies Paragraph 140 based upon a lack of sufficient information to justify a belief therein.

**141.**

Progressive denies Paragraph 141 based upon a lack of sufficient information to justify a belief therein.

**142.**

Progressive denies Paragraph 142 based upon a lack of sufficient information to justify a belief therein.

**143.**

Progressive denies Paragraph 143 based upon a lack of sufficient information to justify a belief therein.

**144.**

Progressive denies Paragraph 144 based upon a lack of sufficient information to justify a belief therein.

**145.**

Progressive denies Paragraph 145 based upon a lack of sufficient information to justify a belief therein.

**146.**

Progressive denies Paragraph 146 based upon a lack of sufficient information to justify a belief therein.

**147.**

Progressive denies Paragraph 147 based upon a lack of sufficient information to justify a belief therein.

**148.**

Progressive denies Paragraph 148 based upon a lack of sufficient information to justify a belief therein.

**149.**

Progressive denies Paragraph 149 based upon a lack of sufficient information to justify a belief therein.

**150.**

Progressive denies Paragraph 150 based upon a lack of sufficient information to justify a belief therein.

**151.**

Progressive denies Paragraph 151 based upon a lack of sufficient information to justify a belief therein.

**152.**

Progressive denies Paragraph 152 based upon a lack of sufficient information to justify a belief therein.

**153.**

Progressive denies Paragraph 153 based upon a lack of sufficient information to justify a belief therein.

**154.**

Progressive denies Paragraph 154 based upon a lack of sufficient information to justify a belief therein.

**155.**

Progressive denies Paragraph 155 based upon a lack of sufficient information to justify a belief therein.

**156.**

Progressive denies Paragraph 156 based upon a lack of sufficient information to justify a belief therein.

**157.**

Progressive denies Paragraph 157 based upon a lack of sufficient information to justify a belief therein.

**158.**

Progressive denies Paragraph 158 based upon a lack of sufficient information to justify a belief therein.

**159.**

Progressive denies Paragraph 159 based upon a lack of sufficient information to justify a belief therein.

**160.**

Progressive denies Paragraph 160 based upon a lack of sufficient information to justify a belief therein.

**161.**

Progressive denies Paragraph 161 based upon a lack of sufficient information to justify a belief therein.

**162.**

Progressive denies Paragraph 162 based upon a lack of sufficient information to justify a belief therein.

**163.**

Progressive denies Paragraph 163 based upon a lack of sufficient information to justify a belief therein.

**164.**

Progressive denies Paragraph 164 based upon a lack of sufficient information to justify a belief therein.

**165.**

Progressive denies Paragraph 165 based upon a lack of sufficient information to justify a belief therein.

**166.**

Progressive denies Paragraph 166 based upon a lack of sufficient information to justify a belief therein.

**167.**

Progressive denies Paragraph 167 based upon a lack of sufficient information to justify a belief therein.

**168**

Progressive denies Paragraph 168 based upon a lack of sufficient information to justify a belief therein.

**169.**

Progressive denies Paragraph 169 based upon a lack of sufficient information to justify a belief therein.

**170.**

Progressive denies Paragraph 170 based upon a lack of sufficient information to justify a belief therein.

**171.**

Progressive denies Paragraph 171 based upon a lack of sufficient information to justify a belief therein.

**172.**

Progressive denies Paragraph 172 based upon a lack of sufficient information to justify a belief therein.

**173.**

Progressive denies Paragraph 173 based upon a lack of sufficient information to justify a belief therein.

**174.**

Progressive denies Paragraph 174 based upon a lack of sufficient information to justify a belief therein.

**175.**

Progressive denies Paragraph 175 based upon a lack of sufficient information to justify a belief therein.

**176.**

Progressive denies Paragraph 176 based upon a lack of sufficient information to justify a belief therein.

**177.**

Progressive denies Paragraph 177 based upon a lack of sufficient information to justify a belief therein.

**178.**

Progressive denies Paragraph 178 based upon a lack of sufficient information to justify a belief therein.

**179.**

Progressive denies Paragraph 179 based upon a lack of sufficient information to justify a belief therein.

**180.**

Progressive denies Paragraph 180 based upon a lack of sufficient information to justify a belief therein.

**181.**

Progressive denies Paragraph 181 based upon a lack of sufficient information to justify a belief therein.

**182.**

Progressive denies Paragraph 182 based upon a lack of sufficient information to justify a belief therein.

**183.**

Progressive denies Paragraph 183 based upon a lack of sufficient information to justify a belief therein.

**184.**

Progressive denies Paragraph 184 based upon a lack of sufficient information to justify a belief therein.

**185.**

Progressive denies Paragraph 185 based upon a lack of sufficient information to justify a belief therein.

**186.**

Progressive denies Paragraph 186 based upon a lack of sufficient information to justify a belief therein.

**187.**

Progressive denies Paragraph 187 based upon a lack of sufficient information to justify a belief therein.

**188.**

Progressive denies Paragraph 188 based upon a lack of sufficient information to justify a belief therein.

**189.**

Progressive denies Paragraph 189 based upon a lack of sufficient information to justify a belief therein.

**190.**

Progressive denies Paragraph 190 based upon a lack of sufficient information to justify a belief therein.

**191.**

Progressive denies Paragraph 191 based upon a lack of sufficient information to justify a belief therein.

**192.**

Progressive denies Paragraph 192 based upon a lack of sufficient information to justify a belief therein.

**193.**

Progressive denies Paragraph 193 based upon a lack of sufficient information to justify a belief therein.

**194.**

Progressive denies Paragraph 194 based upon a lack of sufficient information to justify a belief therein.

**195.**

Progressive denies Paragraph 195 based upon a lack of sufficient information to justify a belief therein.

**196.**

Progressive denies Paragraph 196 based upon a lack of sufficient information to justify a belief therein.

**197.**

Progressive denies Paragraph 197 based upon a lack of sufficient information to justify a belief therein.

**198.**

Progressive denies Paragraph 198 and denies it as written. On November 3, 2015, Progressive had in effect policy number 02376808-2, issued to Ward 2 Ward Marshall. The policy, being a written contract, is the best evidence of its terms, conditions, and exclusions, all of which are pled as if copied herein, *in extenso*. Progressive denies that the policy provided

coverage regarding this matter and denies that Progressive is liable for Plaintiffs' injuries and damages. Progressive further denies all allegations contradicted by the policy.

**199.**

Progressive denies Paragraph 199 based upon a lack of sufficient information to justify a belief therein.

**200.**

Progressive denies Paragraph 200 based upon a lack of sufficient information to justify a belief therein.

**201.**

Progressive denies Paragraph 201 regarding the allegations concerning the officer's use of the vehicles based upon a lack of sufficient information to justify a belief therein and specifically denies the allegation that the alleged use of said vehicles "constitutes a use of the vehicles for which Progressive provides liability coverage."

**202.**

Progressive denies Paragraph 202.

**203.**

Progressive denies Paragraph 203 based upon a lack of sufficient information to justify a belief therein.

**204.**

Progressive denies Paragraph 204 based upon a lack of sufficient information to justify a belief therein.

**205.**

Progressive denies Paragraph 205 based upon a lack of sufficient information to justify a belief therein.

**206.**

Progressive denies Paragraph 206.

**207.**

Progressive denies Paragraph 207 based upon a lack of sufficient information to justify a belief therein.

**208.**

Progressive denies Paragraph 208 based upon a lack of sufficient information to justify a belief therein.

**209.**

Progressive denies Paragraph 209 based upon a lack of sufficient information to justify a belief therein.

**210.**

Progressive denies Paragraph 210.

**211.**

Progressive denies Paragraph 211 and denies it based upon a lack of sufficient information to justify a belief therein.

**212.**

Progressive denies Paragraph 212 and denies it based upon a lack of sufficient information to justify a belief therein.

**213.**

Progressive denies Paragraph 213 and denies it based upon a lack of sufficient information to justify a belief therein.

**214.**

Progressive denies Paragraph 214 based upon a lack of sufficient information to justify a belief therein.

**215.**

Progressive denies Paragraph 215 based upon a lack of sufficient information to justify a belief therein.

**216.**

Progressive denies Paragraph 216 based upon a lack of sufficient information to justify a belief therein.

**217.**

Progressive denies Paragraph 217 based upon a lack of sufficient information to justify a belief therein.

**218.**

Progressive denies Paragraph 218 based upon a lack of sufficient information to justify a belief therein.

**219.**

Paragraph 219 does not require a response.

**220.**

Progressive denies Paragraph 220 based upon a lack of sufficient information to justify a belief therein.

**221.**

Paragraph 221 does not require a response.

**222.**

Progressive denies Paragraph 222.

**223.**

Progressive admit the cited statute provides the language set forth in Paragraph 223.

**224.**

Progressive admits the cited case states what is noted in Paragraph 224.

**225.**

Progressive denies Paragraph 225 and denies it based upon a lack of sufficient information to justify a belief therein.

**226.**

Progressive denies Paragraph 226 based upon a lack of sufficient information to justify a belief therein.

**227.**

Paragraph 227 requires no response.

**228.**

Progressive denies Paragraph 228.

**229.**

Progressive denies Paragraph 229 and denies it based upon a lack of sufficient information to justify a belief therein.

**230.**

Progressive denies Paragraph 230.

**231.**

Progressive denies Paragraph 231.

**232.**

Progressive denies Paragraph 232 and denies it based upon a lack of sufficient information to justify a belief therein.

**233.**

Progressive denies Paragraph 233 and denies it based upon a lack of sufficient information to justify a belief therein.

**234.**

Progressive denies Paragraph 234 and denies it based upon a lack of sufficient information to justify a belief therein.

**235.**

Progressive denies Paragraph 235 and denies it based upon a lack of sufficient information to justify a belief therein.

**236.**

Progressive denies Paragraph 236 based upon a lack of sufficient information to justify a belief therein.

**237.**

Paragraph 237 does not require a response.

**238.**

Progressive denies Paragraph 238.

**239.**

Progressive denies Paragraph 239 based upon a lack of sufficient information to justify a belief therein.

**240.**

Progressive admits the Fourth Amendment states the quoted language in Paragraph 240.

**241.**

Progressive admits the Fourteenth Amendment states the quoted language in Paragraph 241.

**242.**

Progressive denies Paragraph 242 based upon a lack of sufficient information to justify a belief therein.

**243.**

Progressive denies Paragraph 243 based upon a lack of sufficient information to justify a belief therein.

**244.**

Progressive denies Paragraph 244 based upon a lack of sufficient information to justify a belief therein.

**245.**

Progressive denies Paragraph 245.

**246.**

Paragraph 246 requires no response.

**247.**

Progressive denies Paragraph 247 based upon a lack of sufficient information to justify a belief therein.

**248.**

Progressive denies Paragraph 248 based upon a lack of sufficient information to justify a belief therein.

**249.**

Progressive denies Paragraph 249 based upon a lack of sufficient information to justify a belief therein.

**250.**

Progressive denies Paragraph 250 based upon a lack of sufficient information to justify a belief therein.

**251.**

Progressive denies Paragraph 251 based upon a lack of sufficient information to justify a belief therein.

**252.**

Progressive denies Paragraph 252 based upon a lack of sufficient information to justify a belief therein.

**253.**

Progressive denies Paragraph 253 based upon a lack of sufficient information to justify a belief therein.

**254.**

Progressive denies Paragraph 254 based upon a lack of sufficient information to justify a belief therein.

**255.**

Progressive denies Paragraph 255 based upon a lack of sufficient information to justify a belief therein.

**256.**

Progressive denies Paragraph 256 based upon a lack of sufficient information to justify a belief therein.

**257.**

Progressive denies Paragraph 257 based upon a lack of sufficient information to justify a belief therein.

**258.**

Progressive denies Paragraph 258 based upon a lack of sufficient information to justify a belief therein.

**259.**

Progressive denies Paragraph 259 based upon a lack of sufficient information to justify a belief therein.

**260.**

Progressive denies Paragraph 260 based upon a lack of sufficient information to justify a belief therein.

**261.**

Progressive denies Paragraph 261 based upon a lack of sufficient information to justify a belief therein.

**262.**

Progressive denies Paragraph 262 based upon a lack of sufficient information to justify a belief therein.

**263.**

Progressive denies Paragraph 263 based upon a lack of sufficient information to justify a belief therein.

**264.**

Progressive denies Paragraph 264 based upon a lack of sufficient information to justify a belief therein.

**265.**

Progressive denies Paragraph 265 based upon a lack of sufficient information to justify a belief therein.

**266.**

Progressive denies Paragraph 266 based upon a lack of sufficient information to justify a belief therein.

**267.**

Paragraph 267 requires no response.

**268.**

Progressive denies Paragraph 268 based upon a lack of sufficient information to justify a belief therein.

**269.**

Progressive denies Paragraph 269 based upon a lack of sufficient information to justify a belief therein.

**270.**

Progressive denies Paragraph 270 based upon a lack of sufficient information to justify a belief therein.

**271.**

Progressive denies Paragraph 271 and denies it based upon a lack of sufficient information to justify a belief therein.

**272.**

Progressive denies Paragraph 272 and denies it based upon a lack of sufficient information to justify a belief therein.

**273.**

Paragraph 273 requires no response.

**274.**

Progressive denies Paragraph 274 based upon a lack of sufficient information to justify a belief therein.

**275.**

Progressive denies Paragraph 275 based upon a lack of sufficient information to justify a belief therein.

**276.**

Progressive denies Paragraph 276 based upon a lack of sufficient information to justify a belief therein.

**277.**

Progressive denies Paragraph 277 based upon a lack of sufficient information to justify a belief therein.

**278.**

Progressive denies Paragraph 278 based upon a lack of sufficient information to justify a belief therein.

**279.**

Progressive denies Paragraph 279 based upon a lack of sufficient information to justify a belief therein.

**280.**

Progressive denies Paragraph 280 based upon a lack of sufficient information to justify a belief therein.

**281.**

Progressive denies Paragraph 281 based upon a lack of sufficient information to justify a belief therein.

**282.**

Progressive denies Paragraph 282 based upon a lack of sufficient information to justify a belief therein.

**283.**

Paragraph 283 requires no response.

**284.**

Progressive denies Paragraph 284 based upon a lack of sufficient information to justify a belief therein.

**285.**

Progressive denies Paragraph 285.

**286.**

Progressive denies Paragraph 286, denies it as written, and denies it based upon a lack of sufficient information to justify a belief therein.

**287.**

Progressive denies Paragraph 287 based upon a lack of sufficient information to justify a belief therein.

**288.**

Progressive denies Paragraph 288 based upon a lack of sufficient information to justify a belief therein.

**289.**

Progressive admits the quoted language of Paragraph 289 comes from the cited cases.

**290.**

Progressive denies Paragraph 290 based upon a lack of sufficient information to justify a belief therein.

**291.**

Progressive denies Paragraph 291 based upon a lack of sufficient information to justify a belief therein.

**292.**

Progressive admits the cited case of Paragraph 292 states the quoted language. It denies the remaining allegations based upon a lack of sufficient information to justify a belief therein.

**293.**

Progressive denies Paragraph 293 based upon a lack of sufficient information to justify a belief therein.

**294.**

Progressive denies Paragraph 294 based upon a lack of sufficient information to justify a belief therein.

**295.**

Progressive denies Paragraph 295 based upon a lack of sufficient information to justify a belief therein.

**296.**

Paragraph 296 requires no response.

**297.**

Progressive denies Paragraph 297 based upon a lack of sufficient information to justify a belief therein.

**298.**

Progressive denies Paragraph 298 based upon a lack of sufficient information to justify a belief therein.

**299.**

Progressive denies Paragraph 299 based upon a lack of sufficient information to justify a belief therein.

**300.**

Progressive denies Paragraph 300 based upon a lack of sufficient information to justify a belief therein.

**301.**

Progressive denies Paragraph 301 based upon a lack of sufficient information to justify a belief therein.

**302.**

Progressive denies Paragraph 302 based upon a lack of sufficient information to justify a belief therein.

**303.**

Progressive denies Paragraph 303 based upon a lack of sufficient information to justify a belief therein.

**304.**

Progressive denies Paragraph 304 based upon a lack of sufficient information to justify a belief therein.

**305.**

Progressive denies Paragraph 305 based upon a lack of sufficient information to justify a belief therein.

**306.**

Progressive denies Paragraph 306 based upon a lack of sufficient information to justify a belief therein.

**307.**

Progressive denies Paragraph 307 based upon a lack of sufficient information to justify a belief therein.

**308.**

Progressive denies Paragraph 308 based upon a lack of sufficient information to justify a belief therein.

**309.**

Progressive denies Paragraph 309 based upon a lack of sufficient information to justify a belief therein.

**310.**

Progressive denies Paragraph 310 based upon a lack of sufficient information to justify a belief therein.

**311.**

Progressive denies Paragraph 311 based upon a lack of sufficient information to justify a belief therein.

**312.**

Progressive denies Paragraph 312 based upon a lack of sufficient information to justify a belief therein.

**313.**

Progressive denies Paragraph 313 based upon a lack of sufficient information to justify a belief therein.

**314.**

Progressive denies Paragraph 314 based upon a lack of sufficient information to justify a belief therein.

**315.**

Progressive denies Paragraph 315 based upon a lack of sufficient information to justify a belief therein.

**316.**

Paragraph 316 requires no response.

**317.**

Progressive denies Paragraph 317 based upon a lack of sufficient information to justify a belief therein.

**318.**

Progressive admits the quoted language of Paragraph 318 comes from the cited cases.

**319.**

Progressive denies Paragraph 319 based upon a lack of sufficient information to justify a belief therein.

**320.**

Progressive denies Paragraph 320 based upon a lack of sufficient information to justify a belief therein.

**321.**

Progressive denies Paragraph 321 based upon a lack of sufficient information to justify a belief therein.

**322.**

Progressive denies Paragraph 322 based upon a lack of sufficient information to justify a belief therein.

**323.**

Progressive denies Paragraph 323 based upon a lack of sufficient information to justify a belief therein.

**324.**

Progressive denies Paragraph 324 based upon a lack of sufficient information to justify a belief therein.

**325.**

Progressive denies Paragraph 325 based upon a lack of sufficient information to justify a belief therein.

**326.**

Progressive admits the cited case states what is noted in Paragraph 326.

**327.**

Progressive denies Paragraph 327 based upon a lack of sufficient information to justify a belief therein.

**328.**

Progressive denies Paragraph 328 based upon a lack of sufficient information to justify a belief therein.

**329.**

Progressive denies Paragraph 329 based upon a lack of sufficient information to justify a belief therein.

**330.**

Progressive denies Paragraph 330 and denies it based upon a lack of sufficient information to justify a belief therein.

**331.**

Paragraph 331 requires no response.

**332.**

Progressive denies Paragraph 332 based upon a lack of sufficient information to justify a belief therein.

**333.**

Progressive denies Paragraph 333 based upon a lack of sufficient information to justify a belief therein.

**334.**

Progressive denies Paragraph 334 based upon a lack of sufficient information to justify a belief therein.

**335.**

Progressive denies Paragraph 335 based upon a lack of sufficient information to justify a belief therein.

**336.**

Progressive denies Paragraph 336 based upon a lack of sufficient information to justify a belief therein.

**337.**

Progressive denies Paragraph 337 based upon a lack of sufficient information to justify a belief therein.

**338.**

Progressive denies Paragraph 338 based upon a lack of sufficient information to justify a belief therein.

**339.**

Progressive denies Paragraph 339 based upon a lack of sufficient information to justify a belief therein.

**340.**

Paragraph 340 requires no response.

**341.**

Progressive denies Paragraph 341 based upon a lack of sufficient information to justify a belief therein.

**342.**

Progressive denies Paragraph 342 based upon a lack of sufficient information to justify a belief therein.

**343.**

Progressive denies Paragraph 343 based upon a lack of sufficient information to justify a belief therein.

**344.**

Progressive denies Paragraph 344 based upon a lack of sufficient information to justify a belief therein.

**345.**

Progressive denies Paragraph 345 based upon a lack of sufficient information to justify a belief therein.

**346.**

Progressive denies Paragraph 346 based upon a lack of sufficient information to justify a belief therein.

**347.**

Progressive denies Paragraph 347 based upon a lack of sufficient information to justify a belief therein.

**348.**

Progressive denies Paragraph 348 based upon a lack of sufficient information to justify a belief therein.

**349.**

Progressive denies Paragraph 349 and denies it based upon a lack of sufficient information to justify a belief therein.

**350.**

Paragraph 350 requires no response.

**351.**

Progressive denies Paragraph 351 based upon a lack of sufficient information to justify a belief therein.

**352.**

Progressive denies Paragraph 352 based upon a lack of sufficient information to justify a belief therein.

**353.**

Progressive denies Paragraph 353 based upon a lack of sufficient information to justify a belief therein.

**354.**

Progressive denies Paragraph 354 based upon a lack of sufficient information to justify a belief therein.

**355.**

Progressive denies Paragraph 355 based upon a lack of sufficient information to justify a belief therein.

**356.**

Progressive denies Paragraph 356 based upon a lack of sufficient information to justify a belief therein.

**357.**

Progressive denies Paragraph 357 based upon a lack of sufficient information to justify a belief therein.

**358.**

Progressive denies Paragraph 358 based upon a lack of sufficient information to justify a belief therein.

**359.**

Progressive denies Paragraph 359 and denies it based upon a lack of sufficient information to justify a belief therein.

**360.**

Paragraph 360 requires no response.

**361.**

Progressive denies Paragraph 361 based upon a lack of sufficient information to justify a belief therein.

**362.**

Progressive denies Paragraph 362 based upon a lack of sufficient information to justify a belief therein.

**363.**

Progressive denies Paragraph 363 based upon a lack of sufficient information to justify a belief therein.

**364.**

Progressive denies Paragraph 364 based upon a lack of sufficient information to justify a belief therein.

**365.**

Progressive denies Paragraph 365 based upon a lack of sufficient information to justify a belief therein.

**366.**

Progressive denies Paragraph 366 based upon a lack of sufficient information to justify a belief therein.

**367.**

Progressive denies Paragraph 367 based upon a lack of sufficient information to justify a belief therein.

**368.**

Progressive denies Paragraph 368 based upon a lack of sufficient information to justify a belief therein.

**369.**

Progressive denies Paragraph 369 based upon a lack of sufficient information to justify a belief therein.

**370.**

Progressive denies Paragraph 370 based upon a lack of sufficient information to justify a belief therein.

**371.**

Progressive denies Paragraph 371 based upon a lack of sufficient information to justify a belief therein.

**372.**

Progressive denies Paragraph 372 based upon a lack of sufficient information to justify a belief therein.

**373.**

Progressive denies Paragraph 373 based upon a lack of sufficient information to justify a belief therein.

**374.**

Progressive denies Paragraph 374 based upon a lack of sufficient information to justify a belief therein.

**375.**

Paragraph 375 requires no response.

**376.**

Progressive denies Paragraph 376 based upon a lack of sufficient information to justify a belief therein.

**377.**

Progressive denies Paragraph 377 based upon a lack of sufficient information to justify a belief therein.

**378.**

Progressive denies Paragraph 378 based upon a lack of sufficient information to justify a belief therein.

**379.**

Progressive denies Paragraph 379 based upon a lack of sufficient information to justify a belief therein.

**380.**

Paragraph 380 requires no response.

**381.**

Progressive denies Paragraph 381 based upon a lack of sufficient information to justify a belief therein.

**382.**

Paragraph 382 requires no response.

**383.**

Progressive denies Paragraph 383 based upon a lack of sufficient information to justify a belief therein.

**384.**

Progressive denies Paragraph 384 based upon a lack of sufficient information to justify a belief therein.

**385.**

Progressive denies Paragraph 385 based upon a lack of sufficient information to justify a belief therein.

**386.**

Progressive denies Paragraph 386 based upon a lack of sufficient information to justify a belief therein.

**387.**

Progressive denies Paragraph 387 based upon a lack of sufficient information to justify a belief therein.

**388.**

Progressive denies Paragraph 388 based upon a lack of sufficient information to justify a belief therein.

**389.**

Paragraph 389 requires no response.

**390.**

Progressive denies Paragraph 390 based upon a lack of sufficient information to justify a belief therein.

**391.**

Progressive denies Paragraph 391 based upon a lack of sufficient information to justify a belief therein.

**392.**

Progressive denies Paragraph 392 based upon a lack of sufficient information to justify a belief therein.

**393.**

Progressive denies Paragraph 393 and denies it based upon a lack of sufficient information to justify a belief therein.

**394.**

Paragraph 394 requires no response.

**395.**

Progressive denies Paragraph 395 based upon a lack of sufficient information to justify a belief therein.

**396.**

Progressive denies Paragraph 396 based upon a lack of sufficient information to justify a belief therein.

**397.**

Progressive denies Paragraph 397 based upon a lack of sufficient information to justify a belief therein.

**398.**

Paragraph 398 requires no response.

**399.**

Progressive denies Paragraph 399 based upon a lack of sufficient information to justify a belief therein.

**400.**

Progressive denies Paragraph 400 and denies it based upon a lack of sufficient information to justify a belief therein.

**401.**

Paragraph 401 requires no response.

**402.**

Progressive admits the cited statute states the noted language of Paragraph 402.

**403.**

Progressive admits the cited statute states the noted language of Paragraph 403.

**404.**

Progressive admits the cited statute states the noted language of Paragraph 404.

**405.**

Progressive denies Paragraph 405 based upon a lack of sufficient information to justify a belief therein.

**406.**

Progressive denies Paragraph 406 based upon a lack of sufficient information to justify a belief therein.

**407.**

Progressive denies Paragraph 407 based upon a lack of sufficient information to justify a belief therein.

**408.**

Progressive denies Paragraph 408 based upon a lack of sufficient information to justify a belief therein.

**409.**

Progressive denies Paragraph 409 based upon a lack of sufficient information to justify a belief therein.

**410.**

Progressive denies Paragraph 410 based upon a lack of sufficient information to justify a belief therein.

**411.**

Progressive denies Paragraph 411 based upon a lack of sufficient information to justify a belief therein.

**412.**

Progressive denies Paragraph 412 based upon a lack of sufficient information to justify a belief therein.

**413.**

Paragraph 413 requires no response.

**414.**

Progressive admits Paragraph 414 states the noted language.

**415.**

Progressive denies Paragraph 415 based upon a lack of sufficient information to justify a belief therein.

**416.**

Progressive denies Paragraph 416 based upon a lack of sufficient information to justify a belief therein.

**417.**

Progressive denies Paragraph 417 based upon a lack of sufficient information to justify a belief therein.

**418.**

Progressive denies Paragraph 418 based upon a lack of sufficient information to justify a belief therein.

**419.**

Paragraph 419 requires no response.

**420.**

Progressive denies Paragraph 420 based upon a lack of sufficient information to justify a belief therein.

**421.**

Paragraph 421 requires no response.

**422.**

Progressive admits the cited article states the quoted language.

**423.**

Paragraph 423 requires no response.

**424.**

Progressive admits the cited article states the quoted language of Paragraph 424.

**425.**

Progressive denies Paragraph 425 based upon a lack of sufficient information to justify a belief therein.

**426.**

Progressive denies Paragraph 426 based upon a lack of sufficient information to justify a belief therein.

**427.**

Progressive denies Paragraph 427 and denies it based upon a lack of sufficient information to justify a belief therein.

**428.**

Paragraph 428 requires no response.

**429.**

Progressive denies Paragraph 429 and denies it based upon a lack of sufficient information to justify a belief therein.

**430.**

Progressive denies Paragraph 430 and denies it based upon a lack of sufficient information to justify a belief therein.

**431.**

Progressive denies Paragraph 431 and denies it based upon a lack of sufficient information to justify a belief therein.

**432.**

Paragraph 432 requires no response.

**433.**

Progressive denies Paragraph 433 based upon a lack of sufficient information to justify a belief therein.

## 434.

Progressive denies Paragraph 434 based upon a lack of sufficient information to justify a belief therein.

## 435.

Progressive denies Paragraph 435 based upon a lack of sufficient information to justify a belief therein.

## 436.

Progressive denies Paragraph 436 based upon a lack of sufficient information to justify a belief therein.

## 437.

Paragraph 437 requires no response.

### Prayer

Progressive denies that Plaintiffs are entitled to the requested relief.

### JURY TRIAL REQUEST

Progressive requests a trial by jury as to all parties and issues herein that are triable to a jury.

### RESERVATION OF RIGHTS

To the extent permitted by law, Progressive reserves its right to supplement and amend this Answer and to assert additional Affirmative Defenses as future discovery may warrant and require.

**WHEREFORE**, Defendant, Progressive Paloverde Insurance Company, prays that this Answer be deemed good and sufficient, and after due proceedings are had, this matter be dismissed, with prejudice.

Respectfully submitted,

*/S/ FABIAN M. NEHRBASS*
DAVID A. STRAUSS, (#24665)
FABIAN M. NEHRBASS (#35264)
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
dstrauss@kingkrebs.com
fnehrbass@kingkrebs.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*/S/ FABIAN M. NEHRBASS*
FABIAN M. NEHRBASS